IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 4:11CR79 |
| | § | Judge Crone |
| GERARDO MATA-MORALES (14) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Gerardo Mata-Morales**, and the government have entered into a plea in relation to the charges now pending before this Court.

                                               Respectfully submitted,

                                               JOHN M. BALES
                                               United States Attorney

                                             ___/s/_____
                                             ERNEST GONZALEZ
                                             Assistant United States Attorney
                                             Texas Bar No. 00789318
                                             101 E. Park Blvd., Suite 500
                                             Plano, Texas 75074
                                             (972) 509-1201
                                             (972) 509-1209 (fax)
                                             Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 27th day of April, 2012.

                                             _____/s/_____
                                             Ernest Gonzalez